# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hubel, Dennis J. | USDC, District of Oregon | 05/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S.Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

927 United States Courthouse
1000 S. W. Third Avenue
Portland, Oregon 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | |
| 2. | Trustee | Trust #1 |
| 3. | Board Member | |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | ▭ | $2,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Bank NA | A | Interest | L | T | | | | | |
| 2. ABN AMRO RIVER ROAD SMALL CAP VALUE FUND CLASS N (ARSVX) | A | Dividend | J | T | | | | | |
| 3. VANGUARD REIT INDEX FUND INVESTOR SHARE (VGSIX) | A | Int./Div. | J | T | | | | | |
| 4. VANGUARD VALUE INDEX FUND INVESTOR SHARE (VIVAX) | A | Int./Div. | J | T | | | | | |
| 5. ARTISAN INTERNATIONAL FUND (ARTIX) | A | Int./Div. | J | T | | | | | |
| 6. PIMCO REAL RETURN FUND CLASS D (PRRDX) | B | Int./Div. | K | T | | | | | |
| 7. VANGUARD SMALL CAP VALUE INDEX FUND (VISVX) | A | Int./Div. | J | T | | | | | |
| 8. VANGUARD SMALL CAP GROWTH INDEX FUND (VISGX) | A | Int./Div. | J | T | | | | | |
| 9. PIMCO TOTAL RETURN FUND CLASS D (PTTDX) | B | Int./Div. | K | T | | | | | |
| 10. VANGUARD EMERGING MARKETS STOCK INDEX FUND (VEIEX) | A | Int./Div. | J | T | | | | | |
| 11. VANGUARD INTERNATIONAL VALUE FUND (VTRIX) | A | Int./Div. | J | T | | | | | |
| 12. VANGUARD INTERNATIONAL GROWTH FUND INVESTOR SHARE (VWIGX) | A | Int./Div. | J | T | | | | | |
| 13. iSHARES RUSSELL MIDCAP VALUE INDEX FUND (IWS) | A | Int./Div. | J | T | | | | | |
| 14. Bank of America, ▒▒▒ | A | Interest | J | T | | | | | |
| 15. Trust #1 | E | Int./Div. | O | T | | | | | |
| 16. -ABN Amro River Road Small Cap Value Fund ARSIX | | | | | Sold | 03/02/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -Calomos Growth Fund Class I CGRIX | | | | | | | | | |
| 18. -Columbia Acorn Z ACRNX | | | | | | | | | |
| 19. -DFA Emerging Markets Small Cap Portfolio Fund DEMSX | | | | | | | | | |
| 20. -DFA US Small Cap Value DFSVX | | | | | Buy | 03/03/11 | J | | |
| 21. -DFA Emerging Markets Value Portfolio Fund DFEVX | | | | | | | | | |
| 22. -Vanguard Growth Index VIGSX | | | | | Buy | 03/03/11 | J | | |
| 23. -DFA Emerging Markets Portfolio Fund DFEMX | | | | | | | | | |
| 24. -DFA International Small Company Portfolio Fund DFISX | | | | | | | | | |
| 25. -DFA International Value Portfolio Fund DFIVX | | | | | | | | | |
| 26. -DFA Real Estate Securities Portfolio Fund DFREX | | | | | | | | | |
| 27. -DFA US Large Cap Value Portfolio Fund DFLVX | | | | | | | | | |
| 28. -DFA US Micro Cap Portfolio Fund DFSCX | | | | | | | | | |
| 29. -American Funds - The Growth Fund of America GFAFX | | | | | Sold | 03/02/11 | J | | |
| 30. -Dodge & Cox Stock Fund DODGX | | | | | | | | | |
| 31. -Hotchkiss & Wiley Midcap HWM1Z | | | | | | | | | |
| 32. -DFA International Real Estate DFITX | | | | | | | | | |
| 33. -Artisan Midcap Value Fund ARTQX *(see Part VIII, line 4) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -Oregon State Housing Bond due 07/01/2014 | | | | | | | | | |
| 35. - Oregon State FACS Auth Bond due 11/01/2015 | | | | | | | | | |
| 36. - Philomath Oregon School District GO UTX due 06/15/15 | | | | | | | | | |
| 37. - Chemeketa Oregon GO UTX Due 06/15/16 | | | | | | | | | |
| 38. - Port of Portland International Rev Due 07/01/13 | | | | | Sold (part) | 08/04/11 | K | A | |
| 39. -Goldman Sachs High Yield Fund GHYIX | | | | | Sold | 03/02/11 | K | | |
| 40. - Goldman Sachs Group notes due 2016 | | | | | Buy | 06/17/11 | K | | |
| 41. | | | | | Sold | 08/11/11 | K | | |
| 42. -Bear StearnsCos 5.55%notes due 01/22/17 | | | | | Buy | 06/28/11 | K | | |
| 43. -Berkshire Hathaway 5% notes | | | | | Buy | 08/15/11 | K | | |
| 44. | | | | | Sold | 10/21/11 | K | | |
| 45. - Berkshire Hathaway 3.75% bonds | | | | | Buy | 11/07/11 | K | | |
| 46. - Morgan Stanley 4.75% bonds | | | | | Buy | 06/28/11 | K | | |
| 47. | | | | | Sold | 11/07/11 | K | | |
| 48. - Portland OR Urban note 5% due 06/15/19 | | | | | Buy | 07/18/11 | K | | |
| 49. - Portland OR Urban 2.528%% bond due 06/15/13 | | | | | Buy | 08/04/11 | K | | |
| 50. -Intermountain PW 4.45% Rev Bond due 07/01/19 | | | | | Buy | 03/04/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.   -Charles Schwab 4.45% bonds | | | | | Buy | 10/21/11 | K | | |
| 52.   -American Express Cr Notes due 08/20/2013 | | | | | | | | | |
| 53.   -BHP Bil Fin USA notes due 03/29/2012 | | | | | Sold | 06/17/11 | K | | |
| 54.   -Genl Electric Cap notes due 02/15/2017 | | | | | | | | | |
| 55.   -Georgia Power Co notes due 11/01/2013 | | | | | Sold | 06/28/11 | K | | |
| 56.   -JP Morgan Chase Bonds due 09/15/2014 | | | | | Sold | 06/28/11 | K | | |
| 57.   -National City C SB DB due 05/15/2019 | | | | | | | | | |
| 58.   -Oregon Sch Brds GO bond due 06/30/2015 | | | | | | | | | |
| 59.   -Oregon State Dept Trans Rev Bond due 11/15/2016 | | | | | Sold | 07/18/11 | K | A | |
| 60.   -Washington Biom Rev Bond due 07/01/2018 | | | | | | | | | |
| 61.   -Schwab Money Market | | | | | | | | | |
| 62.   Trust # 2 "X" | E | Int./Div. | K | T | Open | 04/29/11 | P1 | | took over as trustee * |
| 63.   -Benjamin Franklin (BFSL) | | | | | Distributed | 12/23/11 | J | | to Trust #3 |
| 64.   - Asso Energy Corp. | | | | | Distributed | 12/23/11 | J | | to Trust #3 |
| 65.   - Barclay's 0-5 year TIPS (STIP) | | | | | Sold (part) | 12/15/11 | K | A | |
| 66. | | | | | Sold (part) | 12/20/11 | K | A | |
| 67. | | | | | Distributed | 12/23/11 | M | | to Trust #3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - Cohen & Steers Global REIT (CSSPX) | | | | | Sold (part) | 04/29/11 | J | A | |
| 69. | | | | | Sold (part) | 06/28/11 | J | A | |
| 70. | | | | | Sold (part) | 12/20/11 | J | A | |
| 71. | | | | | Distributed | 12/23/11 | J | | to Trust #3 |
| 72. - Diamond Hill Large Cap (DHLRX) | | | | | Sold (part) | 04/29/11 | J | A | |
| 73. | | | | | Sold (part) | 06/28/11 | J | A | |
| 74. | | | | | Sold | 12/20/11 | J | A | |
| 75. | | | | | Distributed | 12/23/11 | K | | to Trust #3 |
| 76. - Diamond Hill Small Cap (DHSIX) | | | | | Sold (part) | 04/29/11 | J | B | |
| 77. | | | | | Sold (part) | 06/28/11 | J | A | |
| 78. | | | | | Sold (part) | 12/20/11 | J | A | |
| 79. | | | | | Distributed | 12/23/11 | K | | to Trust #3 |
| 80. - Invesco Developing Markets (GTDYX) | | | | | Sold (part) | 04/29/11 | J | A | |
| 81. | | | | | Sold (part) | 06/28/11 | J | A | |
| 82. | | | | | Sold (part) | 12/20/11 | J | A | |
| 83. | | | | | Distributed | 12/23/11 | J | | to Trust #3 |
| 84. - Mainstay Large Cap Growth (MLAIX) | | | | | Sold (part) | 04/29/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 06/28/11 | J | A | |
| 86. | | | | | Sold (part) | 12/20/11 | J | B | |
| 87. | | | | | Distributed | 12/23/11 | K | | to Trust #3 |
| 88. - Metropolitan West Total Return (MWTIX) | | | | | Sold (part) | 06/28/11 | K | A | |
| 89. | | | | | Sold (part) | 12/15/11 | K | | |
| 90. | | | | | Sold (part) | 12/20/11 | K | | |
| 91. | | | | | Distributed | 12/23/11 | M | | to Trust #3 |
| 92. - MFS Value (MEIIX) | | | | | Sold (part) | 04/29/11 | J | A | |
| 93. | | | | | Sold (part) | 06/28/11 | J | A | |
| 94. | | | | | Sold (part) | 12/20/11 | J | A | |
| 95. | | | | | Distributed | 12/23/11 | K | | to Trust #3 |
| 96. - PIMCO Total Return (PTTPX) | | | | | Sold (part) | 06/28/11 | K | | |
| 97. | | | | | Sold (part) | 12/15/11 | K | | |
| 98. | | | | | Sold (part) | 12/20/11 | K | | |
| 99. | | | | | Distributed | 12/23/11 | M | | to Trust #3 |
| 100. - Oakmark International Samll Cap (OAKEX) | | | | | Sold (part) | 04/29/11 | J | A | |
| 101. | | | | | Sold (part) | 06/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 12/20/11 | J | A | |
| 103. | | | | | Distributed | 12/23/11 | J | | to Trust #3 |
| 104.  - Thornburg International Value (TGVIX) | | | | | Sold (part) | 04/29/11 | J | A | |
| 105. | | | | | Sold (part) | 06/28/11 | J | A | |
| 106. | | | | | Sold (part) | 12/20/11 | J | A | |
| 107. | | | | | Distributed | 12/23/11 | J | | to Trust #3 |
| 108.  - iShares Barclay 1-3 year Credit Bond Fund (CSJ) | | | | | Buy | 06/28/11 | M | | |
| 109. | | | | | Sold (part) | 12/15/11 | K | | |
| 110. | | | | | Distributed | 12/23/11 | L | | to Trust #3 |
| 111.  Trust #3: "X" | A | Int./Div. | N | T | | | | | |
| 112.  -Benjamin Franklin (BFSL) | | | | | | | | | |
| 113.  - Asso Energy Corp. | | | | | | | | | |
| 114.  - Barclay's 0-5 year TIPS (STIP) | | | | | | | | | |
| 115.  - Cohen & Steers Global REIT (CSSPX) | | | | | | | | | |
| 116.  - Diamond Hill Large Cap (DHLRX) | | | | | | | | | |
| 117.  - Diamond Hill Small Cap (DHSIX) | | | | | | | | | |
| 118.  - Invesco Developing Markets (GTDYX) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hubel, Dennis J. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  - Mainstay Large Cap Growth (MLAIX) | | | | | | | | | |
| 120.  - Metropolitan West Total Return (MWTIX) | | | | | | | | | |
| 121.  - MFS Value (MEIIX) | | | | | | | | | |
| 122.  - PIMCO Total Return (PTTPX) | | | | | | | | | |
| 123.  - Oakmark International Samll Cap (OAKEX) | | | | | | | | | |
| 124.  - Thornburg International Value (TGVIX) | | | | | | | | | |
| 125.  - iShares Barclay 1-3 year Credit Bond Fund (CSJ) | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Item 1 -- CHARLES SCHWAB BANK NA: This is a rollover of my retirement account from my former law firm. I rolled this account over to a new personal account I opened at Schwab noted as Item 1 in Section VII and the funds remained in a money market account at Schwab until invested as shown in Items 2-13 in Section VII, with a small money market portion listed in Item 1.

Item 14. BANK OF AMERICA: This is a ____ interest bearing checking account. The only transactions are unreportable deposits and withdrawals.

Item 18 -- TRUST #1: During calendar year 2004 _____ passed away and I became successor trustee to ____ trust. The beneficiary is _____ for ____ life. There are many contingent beneficiaries _____. The Trust's assets are listed in items 16 - 61.

Item 33 -- This fund was inadvertently left off my 2010 report. It was purchased on May 3, 2010, as an asset of Trust #1. The value at purchase was category J, less than $15,000. There were no transaction with this asset in 2011.

Items 34-38, and 42-60 consist of several different bonds with different interest rates and dates of maturity in the entities listed. The transactions are listed separately for the bonds of each entity. The bonds were sold and/or redeemed and the funds reinvested in the bonds purchased as shown. Some of the proceeds were also used to pay the monthly distributions to the Trust's income beneficiary _____ and to pay the fees of the investment advisor.

Item 61 is a money market fund within Trust #1 used to pay expenses of the Trust and from which to make distributions to the beneficiary. The only transactions are unreportable deposits and withdrawals.

Item 62 -- Trust # 2: I was the alternate Trustee and Power of Attorney _____ died on May 21, 2011. The assets of Trust # 2 and the transactions for these assets are listed in items #63 - 110. Trust #3 was established in December of 2011 and the securities were transferred into it from Trust #2 with me as Trustee of Trust #3. So as 2011 ended, there was a small amount of cash in Trust #2 and securities in Trust #3.

# FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

Hubel, Dennis J.

Date of Report

05/30/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis J. Hubel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544